**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gabriel GUZMAN–OZUNA, Defendant—Appellant.**

No. 04–10400.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Gabriel Guzman–Ozuna appeals from the 47–month sentence imposed following his guilty plea conviction for possession with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Guzman–Ozuna was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the Guidelines were advisory, we remand to the sentencing judge to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 915–16 (9th Cir.2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional error).

REMANDED.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the